UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Patrick Phelps, Jr. and Matt Shaw, on behalf of themselves and other similarly situated,<br><br>　　Plaintiffs,<br><br>-v-<br><br>Green Bay Dressed Beef, LLC,<br><br>　　Defendant. | Civil No. 08-CV-0037<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT AND MOTION FOR AN AWARD OF SERVICE PAYMENTS TO CLASS REPRESENTATIVES AND FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND EXPENSES TO SETTLEMENT CLASS COUNSEL** |

## MOTIONS

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and section 216 of the Fair Labor Standards Act, Plaintiffs move the Court to grant Plaintiffs' Motion for Final Approval of Collective and Class Action Settlement and Motion for an Award of Service Payments to Class Representatives and for an Award of Attorneys' Fees, Costs, and Expenses to Settlement Class Counsel in the above-entitled action.

The above-referenced motions are based upon the memoranda of law to be filed, supporting affidavits to be filed, and the entire file and proceedings herein.

                                                            Respectfully submitted,

Dated: April 1, 2009.                          **LARSON ● KING, LLP**

                                                            By: s\T. Joseph Snodgrass
                                                            T. Joseph Snodgrass (#231071)
                                                            Kelly Swanson (#330838)
                                                            Troy Tatting (#354156)
                                                            2800 Wells Fargo Place
                                                            30 E. Seventh Street
                                                            St. Paul, MN 55101
                                                            Telephone: (651) 312-6510

                                                            **ZIMMERMAN REED, P.L.L.P.**
                                                            J. Gordon Rudd, Jr. (#222082)
                                                            Anne T. Regan (#333852)
                                                            651 Nicollet Mall, Suite 501
                                                           Minneapolis, MN 55402
                                                           Telephone: (612) 341-0400

                                                           **ATTORNEYS FOR PLAINTIFFS**

1253279